**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Marshall Dewitt McGaha, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2015-001464

―――――――――

**ON WRIT OF CERTIORARI**

―――――――――

Appeal from Greenville County
Edward W. Miller, Post-Conviction Relief Judge

―――――――――

Memorandum Opinion No. 2018-MO-006
Submitted February 13, 2018 – Filed February 21, 2018

―――――――――

**DISMISSED AS IMPROVIDENTLY GRANTED**

―――――――――

Appellate Defender Kathrine H. Hudgins, of Columbia, for Petitioner.

Attorney General Alan Wilson and Assistant Attorney General DeShawn H. Mitchell, both of Columbia, for the State.

―――――――――

**PER CURIAM:**  We granted a writ of certiorari to review the post-conviction relief (PCR) court's dismissal of Petitioner Marshall Dewitt McGaha's application for PCR.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**